**FILED**

NOV 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF: <br><br> GORDON ONAKA, M.D. <br> ADVANCED DIAGNOSTICS <br> 608 CHERRY HILL COURT <br> MODESTO, CALIFORNIA 95356 | ) MAGISTRATE DOCKET NO. <br> ) 1:13-SW-000289 GSA <br> ) <br> ) <br> ) **UNSEALING ORDER** <br> ) <br> ) <br> ) |

The Court, having considered the United States' Application for an Order Lifting the Seal in the above-captioned matter (the Application), and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED; and

2. All previously sealed documents are hereby UNSEALED.

Dated: November 14, 2013

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE